UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BEVERLY ANN LAVIGNE | ) | |
| | ) | |
| v. | ) | 1:16-cv-00098-JAW |
| | ) | |
| US TRUSTEE, et al. | ) | |

**STATUS ORDER**

On February 17, 2016, Beverly Ann Lavigne filed a bankruptcy appeal with this Court. *Notice of Appeal and Statement of Election* (ECF No. 1). When Ms. Lavigne failed to designate a record on appeal, the Court issued an Order to Show Cause on March 17, 2016. *Order to Show Cause* (ECF No. 3). Ms. Lavigne moved to extend the time to respond to the Order to Show Cause, *Mot. for Time Extensions to Prepare Docs.* (ECF No. 4), and on March 25, 2016, the Court issued an order over the objections of the Bank of New York Mellon, Vivian Savage, and Gail Ferry, granting the motion for extension and giving Ms. Lavigne until April 25, 2016 to comply with Federal Rule of Bankruptcy 8009(a)(1). *Order on Mot. for Extension* (ECF No. 8). On March 29, 2016, Ms. Lavigne filed a letter with this Court setting forth the issues on appeal and designating the record upon which she intends to rely. *Statement of Issues to Designate a Record* (ECF No. 9). On April 22, 2016, Ms. Lavigne filed a reply to the motion to show cause. *Reply Mot. for Mot. to Show Cause* (ECF No. 13). To be clear, Ms. Lavigne's March 29, 2016 filing facially complies with Rule 8009(a)(1) and therefore the Court deems the Order to Show Cause satisfied and the Order to Show Cause has been terminated.

Regarding the status of the case, the Court observes that Ms. Lavigne filed a motion for temporary restraining order on April 19, 2016. *Pet. for Ex Parte TRO and for Inj. from Harassment or Interference with Business "Me. Cottage Getaways" Prop.* (ECF No. 10). The Court anticipates the Defendants will respond to Ms. Lavigne's motion as appropriate in the ordinary course.

    SO ORDERED.

                      /s/ John A. Woodcock, Jr.
                      JOHN A. WOODCOCK, JR.
                      UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2016