UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BEVERLY ANN LAVIGNE          )
                            )
        v.                  )          1:16-cv-00098-JAW
                            )
US TRUSTEE, et al.          )

**ORDER STRIKING PLAINTIFF'S MOTION FOR TIME EXTENSION**

On June 24, 2016, Beverly Ann Lavigne filed a motion in this Court requesting "time extension for Reply to Order to Brief." *Mot. for Time Extension* at 1 (ECF No. 31). There is no such order on this Court's docket.

On June 1, 2016, Ms. Lavigne filed a notice of appeal to the Court of Appeals for the First Circuit. *Notice of Appeal* (ECF No. 25). It is likely that Ms. Lavigne has filed the motion for extension in the wrong court and she meant to file it with the Court of Appeals, where her appeal is currently pending.

As there is no order in this Court requiring a response from Ms. Lavigne, the Court cannot order an extension of time to respond to an order it did not issue. The Court directs the Clerk of this Court to alert the Clerk of the Court of Appeals for the First Circuit that Ms. Lavigne has filed this motion and that this Court has issued this Order.

The Court STRIKES Plaintiff Beverly Lavigne's Motion for Time Extension (ECF No. 31).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2016